UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: ) | Case No. 14-30702-PP |
| ) | |
| Hoppe, Mark Bernard ) | Chapter 07 |
| ) | |
| Debtor(s) ) | |
| ) | |
| ) | |

**NOTICE OF TRUSTEE'S PROPOSED ABANDONMENT**
_____

John M. Scaffidi, the Trustee in this case, intends to abandon the estate's interest in certain property, as described below, pursuant to 11 U.S.C. §554.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in the bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you object to the Trustee's intended abandonment, or if you want the Court to consider your views on the matter, then on or before __DECEMBER 9, 2012__, you or your attorney must:

1. File with the Court a written objection to the abandonment and a request for a hearing at:

   Clerk, U. S. Bankruptcy Court
   Room 126, Federal Courthouse
   517 E. Wisconsin Ave.
   Milwaukee, WI 53202

John. M. Scaffidi, Trustee
P.O. Box 11975
Milwaukee, WI  53211
Phone:  (414) 963-9303
Fax:   (414) 963-1376
E-Mail:  JMScaffidi@rsmlaw.com

2.  If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

3.  You must also mail a copy to:

    Office of the U. S. Trustee
    517 E. Wisconsin Ave., Rm. 430
    Milwaukee, WI 53202

    and to

    John M. Scaffidi
    P.O. Box 11975
    Milwaukee, WI 53211

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Trustee's notice and may enter an order granting that relief.

The Trustee intends to abandon the estate's interest in the following property for the reasons set forth:

**Property to be Abandoned because of Security Interests, Liens and/or Exemptions**

The Trustee intends to abandon the following property because, after considering exemptions claimed by the Debtor(s) under:  ☒ **federal law**     ☐ **state law,** perfected security interests, lack of value, and liens against the property, each item of property is burdensome and/or of inconsequential value to the estate as follows:

| Item | Debtor Scheduled Value | Trustee Estimated Value | Amount Claimed Exempt | Amount of Lien or Security Interest in Property | Amount Let for Trustee to Administer |
|---|---|---|---|---|---|
| Cash On Hand | 2500.00 | 2500.00 | 2500.00 | 0.00 | 0.00 |
| Chase Checking Account Overdrawn | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Checking Account Through Pnc Bank | 350.00 | 350.00 | 350.00 | 0.00 | 0.00 |
| 3 Bedroom Sets, Living Room Set, 2 Tvs, 2 Dining R | 1500.00 | 1500.00 | 1500.00 | 0.00 | 0.00 |
| Clothing | 250.00 | 250.00 | 250.00 | 0.00 | 0.00 |
| Term Life Insurance Policy | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2014 Dodge Avenger 5,000 Miles | 16350.00 | 16350.00 | 0.00 | 18457.49 | 0.00 |
| 2005 Gmc C-5500 Truck 200,000+ Miles 2004 Gmc C550 | 9500.00 | 9500.00 | 0.00 | 483860.00 | 0.00 |
| Business Trailer | 3500.00 | 3500.00 | 3500.00 | 0.00 | 0.00 |
| 1984 Yamaha 1200 35,000 Miles | 450.00 | 450.00 | 450.00 | 0.00 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Mulch | 1000.00 | 1000.00 | 1000.00 | 0.00 | 0.00 |
| 2004 GMC TRUCK | NONE | 19500.00 | 0.00 | 483860.00 | 0.00 |
| 1994 ISUZU | NONE | 1200.00 | 0.00 | 483860.00 | 0.00 |

Until the Trustee files his Statement of Abandonment, the Trustee reserves the right to withdraw from the proposed abandonment, should circumstances require. Requests for additional information should be directed to the Trustee.

Date: November 14, 2014      /S/
John M. Scaffidi, Trustee
P.O. Box 11975
Milwaukee, WI 53211
Phone: (414) 963-9303
Fax: (414) 963-1376
E-Mail: JMScaffidi@rsmlaw.com