THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: December 1, 2014



Margaret Dee McGarity
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:
**MARK BERNARD HOPPE**

Case No. 14-30702-mdm
(Chapter 7)

Debtor.

### ORDER AUTHORIZING TRUSTEE TO EMPLOY DOUGLAS F. MANN AS ATTORNEY FOR THE TRUSTEE

Upon the *Application By Trustee to Employ Douglas F. Mann as Attorney for the Trustee*, and upon the *Affidavit of Disinterest Pursuant to Bankruptcy Rule 2014(a)* filed by Douglas F. Mann, and it appearing that applicant does not hold or represent any interest adverse to the estate, and no timely objection to said Application having been sustained,

**IT IS HEREBY ORDERED** that:

1. The Trustee is authorized to employ Attorney Douglas F. Mann as attorney for the Trustee on the terms and conditions set forth in the Application.

2. If the assets of the estate are insufficient to pay administrative costs, including fees to

1

professionals appointed by Court order, interim payments on said fees may not be allowed if it cannot be shown that there is a reasonable likelihood that the estate will, in the future, generate sufficient cash to pay all administrative expenses in full.

3. The terms and conditions of all fee arrangements are subject to the provisions of 11 U.S.C. Sec. 328(a) which states in part that, 'the court may allow compensation different from the compensation provided under such terms and conditions after the conclusion of such employment, if such terms and conditions prove to have been improvident in light of developments not capable of being anticipated at the time of the fixing of such terms and conditions.'

4. Fees for the services authorized herein shall not exceed 19% of any amount recovered, plus expenses, without advance approval by the Court.

#####

Proposed Order Drafted by
John M. Scaffidi, Trustee
P.O. Box 11975
Milwaukee, WI  53211
Phone: (414) 963-9303
Fax:   (414) 963-1376
E-Mail: JMScaffidi@rsmlaw.com