UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:

MARK BERNARD HOPPE

CASE NO. 14-30702-MDM

Debtor

---

JOHN M. SCAFFIDI, Trustee of Mark Bernard Hoppe
4701 North Port Washington Road
PO Box 11975
Milwaukee, Wisconsin 53211

Plaintiff,

vs.

ADVERSARY NO.

ENER-CON, INC.
5840 Highway 60 East
Hartford, Wisconsin 53027

Defendant,

---

**COMPLAINT BY TRUSTEE REGARDING A PREFERENCE**

---

John M. Scaffidi, Trustee in Bankruptcy brings this Complaint against Ener-Con, Inc. and respectfully alleges as follows

1. Plaintiff is the duly appointed, qualified and acting Trustee of the estate of the above-named Debtor.

2. The Defendant, Ener-Con, Inc. ("defendant") is a Wisconsin Corporation with a mailing address of 5840 Highway 60 East, Hartford, Wisconsin 53027.

3. This adversary proceeding is one arising in the Chapter 7 case 14-30702-MDM now pending in this Court. This Court has jurisdiction over this adversary proceeding pursuant to under 28 U.S.C. §157, 1334 and 11 U.S.C. §544-551 and particularly

§547. This is a core proceeding under 28 U.S.C. §157 (b) (2) (F), (K) & (O).

4. The Debtor filed bankruptcy on August 22, 2014.

5. Within ninety days of the filing of bankruptcy, the Debtor paid to the Defendant by Garnishment in State Court, Washington County Case No. 13-CV-28B, the sum of $23,499.79. (Exhibits 1-4)

6. The payment was made on account of an antecedent debt owed by the Debtor to the Defendant.

7. At the time of the payment, the Debtor was insolvent.

8. The payment referred to in the preceding paragraphs enabled the Defendant to receive more than she would have received under Chapter 7 of the Bankruptcy Code if the payment had not been made.

9. By reasons of the foregoing, the Defendant is liable to the Plaintiff in the sum of $23,499.79.

10. The aforementioned payment of the interest by the Debtor:

   a. Was for the benefit of the Defendant;

   b. On account of an antecedent debt owed by the Debtor before such payment was made;

   c. Made while the Debtor was insolvent;

   d. Made within ninety days of the petition;

   e. Enables the Defendant to receive more than such creditor would receive if the case was under Chapter 7, the payment had not been made and the creditor had received payment of their debt to the Bankruptcy Code.

WHEREFORE, Plaintiff prays that he have judgment against the Defendant as follows:

1. For judgment is favor of the Plaintiff and against the Defendant, for the sum of $23,499.79.

2. For the costs of this action.

3. For such and other further relief as is just and equitable.

Dated at Milwaukee, Wisconsin this _____ day of December, 2014

DOUGLAS F. MANN
Attorney for Trustee

Douglas F. Mann
Attorney for Trustee
740 North Plankinton Avenue, #210
Milwaukee, Wisconsin 53203
(414) 276-5355 (telephone)
(414) 276-5350 (facsimile)

blb

3

| STATE OF WISCONSIN, CIRCUIT COURT WASHINGTON COUNTY | | For Official Use |
|---|---|---|
| (Name and Address)<br>Creditor(s): ENER-CON, INC.<br>5840 HWY 60 East<br>Hartford, WI 53027<br>-vs-<br>Debtor(s): Mark B. Hoppe d/b/a Hop-It<br>5400 North Highway 83<br>Chenequa, WI 53029<br>and<br>Garnishee: Embark Tree & Landscape Services, LLC<br>655 E. Mackinac Ave<br>Oak Creek, WI 53154<br><br>JP Morgan Chase Bank NA<br>101 W. Broadway<br>_WAUKESHA, WI_ | Garnishment Summons and Complaint for Non-Earnings<br>(Garnishment – 30302)<br><br>Case No. _13 CV 251 D_ | <br>FILED<br>2014 MAY 21 AM 10:19<br>WASHINGTON COUNTY<br>CLERK OF COURT |

**TO THE GARNISHEE:**
You are summoned as garnishee of the debtor(s). Within 20 days after you have been served with this summons and complaint, you are required to answer as described in §812.11 Wis. Stats. whether you are indebted to or have in your possession or under your control any property of the debtor(s). You must file the original of your answer with the Clerk of Circuit Court and serve a copy on the creditor's attorney or creditor

If you fail to answer judgment will be entered against you for the amount of the creditor's judgment against the debtor plus the costs of this action.

If you are indebted to the debtor for payment of the sale of agricultural products grown or produced by a person or his or her minor children, you are ordered to pay to the debtor the prescribed amount. You are ordered to retain from the balance the amount of the creditor's claim and disbursements, as stated in the annexed complaint pending the further order of the court.

Any excess indebtedness shall not be subject to the garnishment. If you have property belonging to the debtor and the amount of indebtedness retained is less than the amount claimed and disbursements, you are to retain the property pending the further order of the court. The amount retained by you for the creditor's disbursements may not exceed $40.

| Signature of the Clerk of Circuit Court/Attorney<br>/s/ THERESA M. RUSSELL | Date<br>_5/21/14_ |
|---|---|

### CREDITOR'S CLAIM

THE CREDITOR STATES that a judgment, as described below, was entered in circuit court:

| Name of Debtor(s)<br>Mark B. Hoppe, d/b/a Hop-It | County (State of Wisconsin)<br>Washington County |
|---|---|
| Case Number<br>13-CV-028 | Date of Entry of Judgment<br>April 16, 2013 | Amount of Judgment<br>$89,743.25 |

and that this summary provides the total amount due over and above all offsets.

| Creditor's Claim | Disbursements | Interest | Total Due on Creditor's Claim |
|---|---|---|---|
| $88,549.69 | $40.00 | $1,350.69 | $89,940.37 |

The creditor believes that the garnishee is indebted to or has control or possession over property of the debtor which is not exempt from execution.

CV-411, 04/06 Garnishment Summons and Complaint for Non-Earnings (Garnishment 30302)  Chapter 812, Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.


EXHIBIT 2

JPMorgan Chase & Co.
PO Box 183164
Columbus, OH 43218-3164

BRIAN R ZIMMERMAN
10700 RESEARCH DR STE 4
WAUWATOSA, WI 53226

| Signature of Creditor/Attorney | Date 5/19/2014 |
|---|---|
| Address<br>Hurtado Zimmerman, SC<br>10700 Research Drive, Suite Four<br>Wauwatosa, WI 53226 | Attorney's Telephone Number<br>414-727-6250<br>Attorney's State Bar Number<br>1072563 |

CV-411, 07/00 Garnishment Summons and Complaint for Non-Earnings (Garnishment - 30302)   Chapter 812, Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.
Page 2 of 2

Case 14-30702-mdm   Doc 25   Filed 12/31/14   Page 6 of 12



| STATE OF WISCONSIN | CIRCUIT COURT<br>CIVIL DIVISION | WASHINGTON COUNTY |

ENER-CON, INC.

    Plaintiff,

    v.

MARK B. HOPPE
d/b/a HOP-IT

    Defendant.

Case No. 13-CV-028B
Case Code:   30301

---

## ADMISSION OF SERVICE BY GARNISHEE JPMORGAN CHASE BANK, N.A.

---

Garnishee, JPMorgan Chase Bank, N.A. hereby ADMITS service of the Garnishment Summons and Complaint for Non-Earnings in this action as of the ____ day of _____, 2013 as if service had been personally made upon Defendant on that date.

Dated this ____ day of _____, 2014.

                        JPMORGAN CHASE BANK, N.A.

                By:_____

P.O.Address
Hurtado S.C.
Attorney Brian R. Zimmerman
10700 Research Drive, Suite Four
Wauwatosa, WI 53226
Phone: (414) 727-6250
Fax: (414)727-6247
bzimmerman@hurtadosc.com

STATE OF WISCONSIN, CIRCUIT COURT, COUNTY

ENER CON INC

-vs-

MARK B HOPPE, et al.

And

Garnishee
JPMorgan Chase Bank N.A.

**Garnishee Answer for Non-Earnings**

For Official Use



Case No. 13CV028B

The garnishee states:

1. The garnishee [ X ] does [ ] does not have control or possession of property belonging to the debtor.
   Description:
   Gross value of property .................................................................. $28,499.79
   If funds not held, provide reasons:
   Memo:

   Less exemption, if any, required by law ......................................... $5,000.00
   TOTAL AMOUNT SUBJECT TO GARNISHMENT .............................. $23,499.79

2. The garnishee [ ] is [ ] is not indebted to the debtor for agricultural products grown or produced by the debtor or minor children.
   Description:
   Gross amount owed ........................................................................ _____
   Less exempt amount per §812.18(2m)(b), Wis. State ..................... _____
   TOTAL AMOUNT SUBJECT TO GARNISHMENT .............................. _____

3. The garnishee [ ] is [ ] indebted to the debtor for reasons other than the sale of agricultural products.
   Description:
   Gross amount owed ........................................................................ _____
   Less exemption, if any, required by law ........................................ _____
   TOTAL AMOUNT SUBJECT TO GARNISHMENT .............................. _____

4. The total amount of the indebtedness or property retained for the court is ............ $23,499.79

These responses are based upon a search of data contained in JPMorgan Chase's centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtor(s) or accounts.

Within the time period given in the summons:

- File the original with Clerk of Circuit Court at:

Prepared by: _____
Signature

/SESSILYE S TAYLOR
Name and Title Printed or Typed

Document Review Specialist

Page 1 of 2

COAL-29May14-3383



EXHIBIT
2

- **Serve a copy on creditor's attorney or creditor.**

<u>Friday, May 30, 2014</u>
Date



**DOUGLAS F. MANN**
ATTORNEY AT LAW
SUITE 210, RIVER BANK PLAZA
740 NORTH PLANKINTON AVENUE
MILWAUKEE, WISCONSIN 53203

Telephone
(414) 276-5355

Facsimile
(414) 276-5350

December 3, 2014

Mr. Brian Zimmerman
10700 Research Drive, Suite 4
Wauwatosa, Wisconsin 53226

Via email BZimmerman@hzattys.com

RE: BANKRUPTCY OF MARK B. HOPPE
CASE NO. 14-30702-PP
PREFERENCE TO ENER-CON, INC.

Dear Mr. Zimmerman:

As a follow-up to our phone conference of December 2, 2014, I enclose the following:

1. The Order authorizing my employment as counsel in this case signed by the Court on December 1, 2014 and filed in the system on December 2, 2014.
2. A copy of the Petition Schedules and Statement of Financial Affairs for the bankruptcy.

According to the Statement of Financial Affairs the funds were seized from the account of the debtor on May 30, 2014 of $23,499.79. You had indicated in a phone conversation the garnishment was filed on May 21, 2014 allegedly outside the (90) day preference period but it was apparently served on May 30, 2014 within the (90) day period creating a presumption of insolvency.

In addition, the schedules in this case indicate the debtor had unsecured creditors of approximately $5.5 million at that he filed. Therefore, I think to demonstrate insolvency would be an easy process.

You also raised the question of what was in the account at a given time. From the debtors schedules the bank was served on May 30, 2014. Regardless of the changes in the bank statement, the bank was liable for the balance in the account under Wisconsin Garnishment Law as of May 30, 2014 which was $23,499.79.

Request is hereby made that you return this sum within (7) days of the date of this letter. After that point I am authorized to file Preference Complaint with the Bankruptcy Court.

Very truly yours,

Douglas F. Mann
Attorney for Chapter 7 Trustee

DFM/cm

cc: Attorney John Scaffidi, via email JMScaffidi@rsmlaw.com

EXHIBIT 3

# Wisconsin Department of Financial Institutions
Strengthening Wisconsin's Financial Future

Search for: `ener con` [Search Records]   Search / Advanced Search / Name Availability

Corporate Records     Result of lookup for 1E10791 (at 12/3/2014 2:49 PM)

## ENER-CON, INC.

You can: File an Annual Report - Request a Certificate of Status - File a Registered Agent/Office Update Form

### Vital Statistics

| | |
|---|---|
| Entity ID | 1E10791 |
| Registered Effective Date | 01/13/1982 |
| Period of Existence | PER |
| Status | Incorporated/Qualified/Registered   Request a Certificate of Status |
| Status Date | 01/13/1982 |
| Entity Type | Domestic Business |
| Annual Report Requirements | Business Corporations are required to file an Annual Report under s.180.1622 WI Statutes. |

### Addresses

**Registered Agent Office**
KENNETH M GOEMAN
5840 HWY 60 EAST
P O BOX 270047
HARTFORD, WI 53027-0047

File a Registered Agent/Office Update Form

**Principal Office**
5840 HWY 60 EAST
PO BOX 270047
HARTFORD, WI 53027
UNITED STATES OF AMERICA

### Historical Information

**Annual Reports**

| Year | Reel | Image | Filed By | Stored On |
|---|---|---|---|---|
| 2014 | 000 | 0000 | online | database |
| 2013 | 000 | 0000 | online | database |
| 2012 | 000 | 0000 | online | database |
| 2011 | 000 | 0000 | online | database |


EXHIBIT 4

| 2010 | 000 | 0000 | online | database |
|---|---|---|---|---|
| 2009 | 000 | 0000 | online | database |
| 2008 | 000 | 0000 | online | database |
| 2007 | 000 | 0000 | online | database |
| 2006 | 000 | 0000 | online | database |
| 2005 | 000 | 0000 | online | database |
| 2004 | 000 | 0000 | online | database |
| 2003 | 000 | 0000 | online | database |
| 2002 | 000 | 0000 | online | database |
| 2001 | 002 | 0555 | paper | microfilm |
| 2000 | 001 | 0405 | paper | microfilm |
| 1999 | 013 | 2009 | paper | microfilm |
| 1998 | 006 | 1774 | paper | microfilm |
| 1997 | 006 | 0583 | paper | microfilm |
| 1996 | 006 | 0273 | paper | microfilm |
| 1995 | 006 | 1009 | paper | microfilm |
| 1994 | 007 | 0780 | paper | microfilm |

File an Annual Report - Order a Document Copy

**Certificates of Newly-elected Officers/Directors**  None

**Old Names**  None

**Chronology**

| Effective Date | Transaction | Filed Date | Description |
|---|---|---|---|
| 01/13/1982 | Incorporated/Qualified/Registered | 01/13/1982 | ****RECORD IMAGED**** |
| 03/22/1993 | Change of Registered Agent | 03/22/1993 | FM 16-1993 |
| 04/22/1998 | Change of Registered Agent | 04/22/1998 | FM 16 1998 |
| 02/21/2000 | Change of Registered Agent | 02/21/2000 | FM 16-2000 |
| 03/28/2002 | Change of Registered Agent | 03/28/2002 | FM16-E-Form |
| 04/06/2011 | Change of Registered Agent | 04/06/2011 | FM16-E-Form |

Order a Document Copy