# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: §
§
Hoppe, Mark Bernard § Case No. 14-30702 MDM
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOHN M. SCAFFIDI, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:<br>  CHAPTER 7 ADMIN. FEES<br>  AND CHARGES<br>  (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER<br>  ADMIN. FEES AND<br>  CHARGES (from **Exhibit 5**) |  |  |  |  |
|   PRIORITY UNSECURED<br>  CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED<br>CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter    on        . The case was pending for    months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____ By:/s/JOHN M. SCAFFIDI_____
                                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | BMO Harris Bank Corporate Communications 111 West Monroe, 8C Chicago, IL 60603 |  |  |  |  |  |
|  | Chysler Capital PO Box 961275 Fort Worth, TX 76161-1275 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Santander Consumer Attn. Bankruptcy Department PO Box 560284 Dallas, TX 75356-0284 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOHN M. SCAFFIDI | | | | | |
| Associated Bank | | | | | |
| CLERK U.S. BANKRUPTCY COURT | | | | | |
| DOUGLAS F. MANN | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005A | Richard Grosenick IRS 211 W. Wisconsin Avenue Suite 807 Milwaukee, WI 53203-9921 INTERNAL REVENUE SERVICE | | | | | |
| 000015A | WISCONSIN DEPARTMENT OF REVENUE | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AFNI 404 Brock Drive Bloomington, IL 61702-3427 | | | | | |
| | Allied Interstate: Bankruptcy P.O. Box 369008 Columbus, OH 43236 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Bank 1802 Horicon Street Mayville, WI 53050 | | | | | |
| | American Express P.O. Box 297812 Fort Lauderdale, FL 33329-7812 | | | | | |
| | American Recovery Service Incorporated 555 St. Charles Drive Suite 100 Thousand Oaks, CA 91360 | | | | | |
| | Atty Daniel Kelly W340 S5527 Prairie View Drive North Prairie, WI 53153 | | | | | |
| | Bank of America P.O. Box 982235 El Paso, TX 79998-2235 | | | | | |
| | Barclay's Bank Delaware 1007 North Orange Street Wilmington, DE 19801 | | | | | |
| | Beck, Chaet, Bamberger & Polsky SC 330 East Kilborn Avenue #1085 Milwaukee, WI 53202 | | | | | |
| | Best Buy P.O. Box 80045 Salinas, CA 93912 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Brent Jones 2828 Keri Court Waukesha, WI 53188 | | | | | |
| | Brent Waltz N41 W27469 Patricia Lane Pewaukee, WI 53072 | | | | | |
| | Burrell Lanscaping Supplies 21250 West National Avenue New Berlin, WI 53146 | | | | | |
| | CACH, LLC 4340 South Monaco Street Unit 2 Denver, CO 80237-3408 | | | | | |
| | CACH, LLC 4340 South Monaco Street Unit 2 Denver, CO 80237-3408 | | | | | |
| | Case Law Firm 400 North Broadway, Suite 402 Milwaukee, WI 53202 | | | | | |
| | Chase PO Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Citi Bank (South Dakota), N.A. 701 East 60th Street North Sioux Falls, SD 57104 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Comenity PO Box 182125 Columbus, OH 43218 | | | | | |
| | Commercial Collections 3031 North 114th Street Milwaukee, WI 53222 | | | | | |
| | Conley Services PO Box 3001 Beaver Dam, WI 53916 | | | | | |
| | Creative Constructors LLC N83 W13430 Leon Road Menomonee Falls, WI 53051 | | | | | |
| | Daubert Law Firm 1 Corporate Drive Wausau, WI 54401 | | | | | |
| | EH Wolf & Sons, Inc PO Box 348 Slinger, WI 53086 | | | | | |
| | Earthlink- Headquarters 1375 Peachtree St NE Atlanta, GA 30309 | | | | | |
| | Erie Insurance Exchange 100 Erie Insurance Place Erie, PA 16530 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fischer Construction 4435 North 127th Street Brookfield, WI 53005 | | | | | |
| | Ford Motor Credit Corporation P.O. Box 63010 Colorado Springs, CO 80962 | | | | | |
| | Ford Motor Credit PO Box 542000 Omaha, NE 68154-8000 | | | | | |
| | Fred Timm 2636A South 9th Place Milwaukee, WI 53215 | | | | | |
| | Grant Whiffen 2051 South 30th Street Milwaukee, WI 53215 | | | | | |
| | Grodon Winchester 1501 South 95th Street Milwaukee, WI 53214 | | | | | |
| | HSBC P.O. Box 80026 Salinas, CA 93912-0026 | | | | | |
| | HSBC P.O. Box 80026 Salinas, CA 93912-0026 | | | | | |
| | HSBC P.O. Box 80026 Salinas, CA 93912-0026 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | J.A. Cambece Law Office P.C. 200 Cummings Center Suite 173-D Beverly, MA 01915 | | | | | |
| | Jake Witt S15 W22453 National Avenue Waukesha, WI 53187 | | | | | |
| | James & Marge Hoppe 119 Windsor Drive Waukesha, WI 53188 | | | | | |
| | Jefferson Capital Systems, LLC 16 McLeland Road Saint Cloud, MN 56303 | | | | | |
| | Jefferson Capital Systems, LLC 16 McLeland Road Saint Cloud, MN 56303 | | | | | |
| | Kohl's Legal Department N56 W17000 Ridgewood Drive Menomonee Falls, WI 53051 | | | | | |
| | Kohn Law Firm S.C. 735 North Water Street Suite 1300 Milwaukee, WI 53202 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | L.F. George, Inc W231 N1129 Highway F Waukesha, WI 53186 | | | | | |
| | LVNV Funding LLC P.O. Box 10584 Greenville, SC 29603-0584 | | | | | |
| | LVNV Funding LLC P.O. Box 10584 Greenville, SC 29603-0584 | | | | | |
| | LVNV Funding LLC P.O. Box 10584 Greenville, SC 29603-0584 | | | | | |
| | LVNV Funding LLC P.O. Box 10584 Greenville, SC 29603-0584 | | | | | |
| | Lincoln Autmotive PO Box 542000 Omaha, NE 68154 | | | | | |
| | Main Street Acquisitons PO Box 2529 Suwanee, GA 30024-2529 | | | | | |
| | Menard's P.O. Box 5226 Carol Stream, IL 60197-5226 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midland Funding, LLC 8875 Aero Drive, Suite 200 San Diego, CA 92123 | | | | | |
| | Monarch Recovery Management, Inc. 10965 Decatur Road Philadelphia, PA 19154-3210 | | | | | |
| | NCO Financial Systems, Inc PO Box 4939 Trenton, NJ 08650-4939 | | | | | |
| | Nationwide Insurance P.O. Box 742522 Cincinnati, OH 45274 | | | | | |
| | Nondahl Truck Serivice Inc N21 W22153 Glenwood Lane Waukesha, WI 53186 | | | | | |
| | North American Building Inc 9139 East 37th Street North Wichita, KS 67226 | | | | | |
| | Northern Lock Service PO Box 505 Waukesha, WI 53187 | | | | | |
| | PNC Bank PO Box 3429 Pittsburgh, PA 15230-3429 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pom's Tire 2315 South Calhoun New Berlin, WI 53151 | | | | | |
| | Pomp's Tire Services Inc 10525 West Donges Court Milwaukee, WI 53224 | | | | | |
| | ProHealth Care PO Box 3475 Toledo, OH 43607-0475 | | | | | |
| | Rausch, Sturm, Israel & Hornik, S.C. 250 North Sunnyslope Road, Suite 300 Brookfield, WI 53005 | | | | | |
| | Rausch, Sturm, Israel & Hornik, S.C. 250 North Sunnyslope Road, Suite 300 Brookfield, WI 53005 | | | | | |
| | Recovery Management Services, Inc. PO Box 857 Warrenville, IL 60555 | | | | | |
| | Redmond Company W228 N745 Westmound Drive New Berlin, WI 53146 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Resurgent Capital Services 55 Beattie Place, Ste. 110 Greenville, SC 29601 | | | | | |
| | Ricky Thomas 248 Maple Avenue Waukesha, WI 53186 | | | | | |
| | Roberto Vizciano 1421 Waters Edge Oconomowoc, WI 53066 | | | | | |
| | S&R Compost S47 W29639 Hwy 59 Waukesha, WI 53189 | | | | | |
| | Sandra Thays N16 W26559 Meadowgrass Circle Unit E Pewaukee, WI 53072 | | | | | |
| | Schelble Law Firm, SC 622 North Water Street #400 Milwaukee, WI 53202 | | | | | |
| | Sears Credit Card 3333 Beverly Road Hoffman Estates, IL 60179 | | | | | |
| | Standard Theatres Inc 19065 North Hills Drive Brookfield, WI 53045 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Target - Correspondence PO Box 1581 Minneapolis, MN 55440-1581 | | | | | |
| | The Freeman Group Publications 41 Madison Avenue New York, NY 10010 | | | | | |
| | United Credit Service, Inc 15 North Lincoln Street Po Box 740 Elkhorn, WI 53121 | | | | | |
| | VJS Construction Services W233 N2847 Roundy Circle W Pewaukee, WI 53072 | | | | | |
| | Vac Ultra 1109 Downing Drive Waukesha, WI 53186 | | | | | |
| | Visu Sewer W230 N4855 Betker Drive Pewaukee, WI 53072 | | | | | |
| | Vizcaino's Truckin 1421 Waters Edge Oconomowoc, WI 53066 | | | | | |
| | Waukesha State Bank 151 East Saint Paul Avenue PO Box 648 Waukesha, WI 53187-0648 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Weltman, Weinberg & Reis 323 West Lakeside Avenue, Suite 200 Cleveland, OH 44113 | | | | | |
| | reginald Williams 10402 West Jonen Milwaukee, WI 53224 | | | | | |
| 000017 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000006 | DAYTEN HANSON | | | | | |
| 000016 | ENER-CON, INC. | | | | | |
| 000001 | FORD MOTOR CREDIT CORPORATION | | | | | |
| 000011 | HOST & KEANE, S.C. | | | | | |
| 000005B | INTERNAKL REVENUE SERVICE | | | | | |
| 000012 | JEFFERSON CAPITAL SYSTEMS LLC | | | | | |
| 000003 | JOHNSON BANK | | | | | |
| 000018 | LAURA H. ROCKWELL | | | | | |
| 000004 | LINCOLN AUTOMOTIVE FINANCIAL SERVIC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | MEI & ASSOCIATES, S.C. | | | | | |
| 000009 | SUPERIOR CEDAR PRODUCTS, INC. | | | | | |
| 000010 | THINK MUTUAL BANK | | | | | |
| 000019 | WAUKESHA COUNTY | | | | | |
| 000008 | WAUKESHA WATER UTILITY | | | | | |
| 000013 | WE ENERGIES | | | | | |
| 000014 | WEST BEND MUTUAL | | | | | |
| 000015B | WISCONSIN DEPT. OF REVENUE | | | | | |
| 000002 | ATLAS ACQUISITIONS LLC | | | | | |
| 000020 | SYNCHRONY BANK | | | | | |
| 000021 | BMOHARRIS BANK N.A. | | | | | |
| 000022 | BMOHARRIS BANK N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

| Case No: | 14-30702 MDM Judge: MARGARET DEE MC GARITY | Trustee Name: | JOHN M. SCAFFIDI |
|---|---|---|---|
| Case Name: | Hoppe, Mark Bernard | Date Filed (f) or Converted (c): | 08/22/14 (f) |
| | | 341(a) Meeting Date: | 09/30/14 |
| For Period Ending: | 06/09/15 | Claims Bar Date: | 03/12/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH ON HAND | 2,500.00 | 0.00 | OA | 0.00 | FA |
| 2. CHASE CHECKING ACCOUNT OVERDRAWN | 0.00 | 0.00 | OA | 0.00 | FA |
| 3. CHECKING ACCOUNT THROUGH PNC BANK | 350.00 | 0.00 | OA | 0.00 | FA |
| 4. 3 BEDROOM SETS, LIVING ROOM SET, 2 TVS, 2 DINING R | 1,500.00 | 0.00 | OA | 0.00 | FA |
| 5. CLOTHING | 250.00 | 0.00 | OA | 0.00 | FA |
| 6. TERM LIFE INSURANCE POLICY | 0.00 | 0.00 | OA | 0.00 | FA |
| 7. 2014 DODGE AVENGER 5,000 MILES | 16,350.00 | 0.00 | OA | 0.00 | FA |
| 8. 2005 GMC C-5500 TRUCK 200,000+ MILES 2004 GMC C550 | 9,500.00 | 0.00 | OA | 0.00 | FA |
| 9. BUSINESS TRAILER | 3,500.00 | 0.00 | OA | 0.00 | FA |
| 10. 1984 YAMAHA 1200 35,000 MILES | 450.00 | 0.00 | OA | 0.00 | FA |
| 11. MULCH | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 12. PREFERENTIAL TRANS. (u) | 23,499.79 | 23,499.79 | | 23,499.79 | FA |

TOTALS (Excluding Unknown Values)    $58,899.79    $23,499.79    $23,499.79

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

PREFERENCE RECOVERED WITH ASSISTANCE FROM COUNSEL FOR TRUSTEE. ABANDONMENTS AND CLAIMS REVIEW COMPLETE.

Initial Projected Date of Final Report (TFR): 06/30/15    Current Projected Date of Final Report (TFR): 06/30/15

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-30702 -MDM | | Trustee Name: | JOHN M. SCAFFIDI |
|---|---|---|---|---|
| Case Name: | Hoppe, Mark Bernard | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******8064 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4305 | | | |
| For Period Ending: | 06/09/15 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/09/15 | 12 | HURTADO ZIMMERMAN | PREFERENTIAL TRANSFER | 1241-000 | 23,499.79 | | 23,499.79 |
| 03/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 21.41 | 23,478.38 |
| 04/30/15 | 001001 | DOUGLAS F. MANN<br>740 N. PLANKINTON AVE., #210<br>MILWAUKEE, WI 53203 | ATTY. FEES | 3210-000 | | 4,464.90 | 19,013.48 |
| 04/30/15 | 001002 | CLERK U.S. BANKRUPTCY COURT<br>RM. 126 U.S. COURTHOUSE<br>517 E. WISCONSIN AVE. RM 126<br>MILWAUKEE, WI 53202 | COURT COSTS | 2700-000 | | 350.00 | 18,663.48 |
| 04/30/15 | 001003 | John M. Scaffidi | trustee commission | 2100-000 | | 3,099.98 | 15,563.50 |
| 04/30/15 | 001004 | Internal Revenue Service<br>Insolvency Unit<br>211 W. Wisconsin Ave 2nd Floor<br>Milwaukee, WI 53203 | Claim 000005A, Payment 71.6864%<br>XX-XXX7794 | 5800-000 | | 8,402.74 | 7,160.76 |
| 04/30/15 | 001005 | Wisconsin Department of Revenue<br>Special Procedures Unit<br>P.O. Box 8901<br>Madison, WI 53708-8901 | Claim 000015A, Payment 71.6865%<br>XXX-XX-8581 | 5800-000 | | 7,160.76 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 23,499.79 | 23,499.79 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 23,499.79 | 23,499.79 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 23,499.79 | 23,499.79 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********8064 | 23,499.79 | 23,499.79 | 0.00 |
| | 23,499.79 | 23,499.79 | 0.00 |
| Page Subtotals | 23,499.79 | 23,499.79 | |

Ver: 18.05

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-30702 -MDM | Trustee Name: | JOHN M. SCAFFIDI |
|---|---|---|---|
| Case Name: | Hoppe, Mark Bernard | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******8064 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4305 | | |
| For Period Ending: | 06/09/15 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | Page Subtotals | 0.00 | 0.00 | |