# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re:<br>Mark B. Hoppe<br><br>Debtor(s). | Chapter 07<br>Case No. 14-30702 |

## MOTION TO RESTRICT PUBLIC ACCESS AND REDACT DOCUMENT

Due to the inadvertent inclusion of certain personal identifiers, pursuant to Bankruptcy Code §§ 105(a) and 107(c), and Bankruptcy Rule 9037, BMO Harris Bank N.A. respectfully requests that the Court enter an order: (1) directing the Clerk of Court to restrict public access to the Proof of Claim filed on 3/13/2015, Proof of Claim filed on 3/13/2015; and (2) directing the Clerk of Court to replace the Proof of Claim (claim #21 - 1), Proof of Claim (claim #22 - 1) with the documents filed contemporaneously herewith, which properly redact personal identifiers as required by Bankruptcy Rule 9037. This Motion is accompanied by the required $25 filing fee.

| | |
|---|---|
| Dated: July 25, 2017 | Respectfully Submitted,<br>/s/ Gloria C. Tsotsos<br>Shawn R. Hillmann WI State Bar No. 1037005<br>Emily Thoms WI State Bar No. 1075844<br>Rachael A. Stokas ARDC#6276349<br>Gloria C. Tsotsos ARDC#6274279<br>Peter C. Bastianen ARDC#6244346<br>shawn.hillmann@codilis.com<br>Emily.thoms@codilis.com<br>Rachael.stokas@il.cslegal.com<br>Gloria.tsotsos@il.cslegal.com<br>Pete.Bastianen@il.cslegal.com<br>**Codilis, Moody & Circelli, P.C.**<br>15W030 North Frontage Road<br>Burr Ridge, IL 60527<br>(630) 794-5300<br>**Codilis file # 50-17-00911** |

NOTE: This law firm is a debt collector.

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE:

MARK B. HOPPE

DEBTOR(S),

Case No. 14-30702

Chapter 07

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Motion upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on July 25, 2017 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on July 26, 2017.

John M. Scaffidi, Trustee, 4701 North Port Washington Road, Milwaukee, WI 53211 by electronic notice through ECF
Mark B. Hoppe, Debtor, P.O. Box 1313, Waukesha, WI 53187
Michael J. Watton; 414.273.6858, Attorney for Debtor(s), 700 North Water Street, Suite 500, Milwaukee, WI 53202 by electronic notice through ECF
Office of U.S. Trustee, 517 East Wisconsin Avenue, Room 430, Milwaukee, WI 53202, by electronic notice through ECF

/s/Gloria C. Tsotsos
Attorney for Creditor
Shawn R. Hillmann WI State Bar No. 1037005
Emily Thoms WI State Bar No. 1075844
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Peter C. Bastianen ARDC#6244346
shawn.hillmann@codilis.com
Emily.thoms@codilis.com
Rachael.stokas@il.cslegal.com
Gloria.tsotsos@il.cslegal.com
Pete.Bastianen@il.cslegal.com
**Codilis, Moody & Circelli, P.C.**
15W030 North Frontage Road
Burr Ridge, IL 60527
(630) 794-5300
**Codilis file # 50-17-00911**

NOTE: This law firm is a debt collector.